**Opinion issued March 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00837-CV**

———————————

## IN RE DIAMOND OFFSHORE GENERAL, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Diamond Offshore General, LLC, filed a petition for a writ of mandamus, challenging the trial court's October 27, 2022 "Order Denying Diamond's Motion to Dismiss Based on Mandatory Forum-Selection Clause or, in the Alternative, Forum Non Conveniens."[1]

---

[1] The underlying case is *Grant Gibson v. Diamond Offshore General, LLC, Diamond Offshore Drilling LLC, and Diamond Offshore Drilling, Inc.*, Cause No. 2022-14588, in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

In connection with its mandamus petition, relator also filed an "Opposed Motion for Immediate Temporary Relief," seeking emergency temporary relief in the form of a "stay of the litigation" pending the Court's resolution of relator's petition for writ of mandamus. On December 15, 2022, the Court granted relator's motion for temporary relief and stayed all proceedings in the underlying litigation.

We deny relator's petition for writ of mandamus and lift the stay imposed by our December 15, 2022 order. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.